UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

            - v. -

MALCOLM A. SMITH,
DANIEL J. HALLORAN,
VINCENT TABONE,
JOSEPH J. SAVINO,
NORAMIE JASMIN,
JOSEPH DESMARET,

            Defendants.

Case No. 7:13-CR-00297-KMK-2

DANIEL J. HALLORAN'S
NOTICE OF MOTION TO
DISMISS

| | |
|---|---|
| MOTION BY: | VARGHESE & ASSOCIATES, P.C. |
| DATE, TIME, & PLACE: | Before the Honorable Kenneth M. Karas, United States District Court Judge for the Southern District of New York, at the United States Courthouse located at 300 Quarropas St., White Plains, on August 3, 2013. |
| SUPPORTING PAPERS: | (1) Affirmation of Vinoo P. Varghese, dated August 3, 2013; (2) Memorandum of Law in Support |
| RELIEF REQUESTED: | Dismissal As A Matter of Law |
| DATED: | August 5, 2013<br>New York, New York |

Respectfully Submitted,

/s/ Vinoo P. Varghese
Vinoo P. Varghese
John G. Mateus
VARGHESE & ASSOCIATES, P.C.
65 Broadway, 7th Floor
New York, NY 10006
Telephone: (212) 430-6469
Fax: (646) 292-5169
*Attorneys for Daniel J. Halloran*

To:        Assistant United States Attorney Douglas Bloom
United States Attorney's Office,
Southern District of New York (White Plains)
300 Quarropas Street, 3rd Floor
White Plains, NY 10601

Robert Rogers
Deputy-in-Charge
Hon. Charles L. Brieant Jr.
Federal Building and
United States Courthouse
300 Quarrapos Street
White Plains, New York 10601

Gerald L. Shargel, Esq.
Winston and Strawn, LLP
200 Park Avenue
New York, New York 10166

Grant M. Lally, Esq.
Lally and Misir LLP
The Nassau Building
220 Old Country Road
Mineola, New York 11501

Robert P. LaRusso, Esq.
Larusso & Conway, LLP
300 Old Country Road
Suite 341
Mineola, New York 11501

Benjamin Ostrer, Esq.
Ostrer & Hoovler LLC
P.O. Box 509
111 Main Street
Chester, New York 10918

Kenneth Gribetz, Esq.
Gribetz & Loewenberg, PLLC
155 North Main Street
New City, New York 10956