UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA

      v.

MALCOLM A. SMITH
DANIEL J. HALLORAN
VINCENT TABONE
JOSEPH J. SAVINO
NORAMIE JASMIN
JOSEPH DESMARET,

      Defendants.

-----------------------------------------------------------X

Case No.: 7:13-CR-00297-KMK-2

    PLEASE TAKE NOTICE THAT, upon the annexed affirmation of Deborah N. Misir, Esq., dated the 6th of September, 2013, and the Memorandum of Law submitted herewith, Defendant Vincent Tabone will move this Court before the Honorable Kenneth M. Karas, at the United States Courthouse for the Southern District of New York, 300 Quarropas Street, White Plains, NY, for an Order dismissing the Indictment under Federal Rules of Criminal Procedure 12(b). The grounds for the motion are set forth in greater detail in the accompanying Memorandum of Law.

Dated: Mineola, New York
      September 06, 2013

                                                  DEBORAH N. MISIR, ESQ.
                                                  Attorneys for Vincent Tabone
                                                  Lally & Misir LLP
                                                  220 Old Country Road
                                                  Mineola, New York 11501
                                                  (516) 741-2666