UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X

United States of America,                           Case No. 13-cr-00297-KMK

    -v-

Malcolm A. Smith, et al.,                           CALENDAR NOTICE

    Defendant.

---------------------------------------------------X

Please take notice that the above captioned action has been scheduled for oral argument on the Government's Motion for a Protective Order before the Honorable Kenneth M. Karas, United States District Judge, on Wednesday, October 2, 2013 at 10:00 a.m. in Courtroom 521, U.S. District Court, 300 Quarropas Street, White Plains, New York 10601.

Any scheduling difficulties must be brought to the attention of the Court in writing, at least three business days beforehand.

Dated: September 20, 2013
       White Plains, New York

So Ordered

_____
Kenneth M. Karas, U.S.D.J.