**Varghese & Associates, P.C.**
65 Broadway
7th Floor
New York, New York 10006
Telephone: (212) 430-6469
Facsimile: (646) 292-5169
info@vargheselaw.com
www.vargheselaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

MEMO ENDORSED

September 24, 2014

VIA FACSIMILE: (914) 390-4152
The Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas St., Chambers 533
White Plains, NY 10601-4150

Re:   *United States of America v. Daniel J. Halloran*
      13 Cr. 297 (KMK)

Dear Judge Karas:

    Mr. Halloran writes to inform the Court that he is electing to proceed to sentencing without filing written motions pursuant to Federal Rules of Criminal Procedure 29 and 33. The defense informed the government yesterday of Mr. Halloran's decision.

    Mr. Halloran first made his motion under Rule 29 at the close of the government's case. Tr. at 2263. Mr. Halloran renewed his motion at the conclusion of all evidence. Tr. at 4128. After Mr. Halloran's convictions, the Court deemed Mr. Halloran's Rule 29 and 33 motions made, and set a briefing schedule. Tr. at 4146. After careful consideration, Mr. Halloran's interests are better served by preserving his "general" Rule 29 motion for appeal without additional briefing. *See generally United States v. Gjurashaj*, 706 F.2d 395, 399 (2d Cir. 1983) ("the defendant need not specify the ground of the [Rule 29] motion in order to preserve a sufficiency claim for appeal.").

Respectfully submitted,

Vinoo P. Varghese
Farrell J. Miller

cc:   Assistant United States Attorneys Douglas Bloom and Justin Anderson
      Mr. Daniel J. Halloran

---

*Handwritten endorsement:* The Rule 29 motion [33 struck through] is denied for the reasons previously given to deny the same motion. So Ordered.

KMK
9/30/14